```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/11
```

Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HAWORTH, INC.,

                Plaintiff,

        -against-

CITADEL CONSTRUCTION CORP. and THE
HANOVER INSURANCE GROUP, INC.,

                Defendants.
-------------------------------------------------------X

10-CIV-3786 (SAS)(FM)

STIPULATION AND ORDER
OF DISMISSAL

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Haworth, Inc. ("Haworth"), Citadel Construction Corp. ("Citadel"), and The Hanover Insurance Company, incorrectly named as The Hanover Insurance Group, Inc. (herein referred to as "Hanover") that:

1. The above action is hereby dismissed in all respects, with prejudice and on the merits, and without costs or disbursements, as against Hanover; and

2. The above action is hereby dismissed in all respects, without prejudice and without costs or disbursements, as against Citadel.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 7, 2011

WARNER NORCROSS & JUDD LLP

By: _____
   Gordon J. Toering, Esq.
   (Gtoering@wnj.com)
   *Pro Hac Vice*

Attorneys for Plaintiff Haworth, Inc.
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

WOLLMUTH MAHER & DEUTSCH, LLP

By: _____
   Frederick R. Kessler, Esq.
   (fkessler@wmd-law.com)
   Mathew B. West, Esq.
   (mwest@wmd-law.com)

Attorneys for Defendant Citadel Construction Corp.
500 Fifth Avenue, 12th Floor

Telephone: (616) 752-2185

New York, New York 10110
Telephone: (212) 382-3300

TORRE LENTZ GAMELL GARY &
RITTMASTER, LLP

By: /s/ *Mark S. Gamell*
Mark S. Gamell, Esq.
(mgamell@tlggr.com)
Sean P. Kelley, Esq.
(skelley@tlggr.com)

Attorneys for Defendant The Hanover
Insurance Company, Inc.
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
Telephone: (516) 240-8900

SO ORDERED:

/s/ *Shira A. Scheindlin*
Hon. Shira A. Scheindlin, U.S.D.J.

1/7/11

v134080_1.DOC