UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HAWORTH, INC.,                                    10-CIV-3786 (SAS)(FM)

          Plaintiff,

   -against-                                    STIPULATION AND ORDER
                                                  OF DISMISSAL

CITADEL CONSTRUCTION CORP. and THE
HANOVER INSURANCE GROUP, INC.,                    ECF CASE

          Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Haworth, Inc. ("Haworth"), Citadel Construction Corp. ("Citadel"), and The Hanover Insurance Company, incorrectly named as The Hanover Insurance Group, Inc. (herein referred to as "Hanover") that:

      1.    The above action is hereby dismissed in all respects, with prejudice and on the merits, and without costs or disbursements, as against Hanover; and

      2.    The above action is hereby dismissed in all respects, without prejudice and without costs or disbursements, as against Citadel.

      This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 7, 2011

WARNER NORCROSS & JUDD LLP                          WOLLMUTH MAHER & DEUTSCH, LLP

By: _____                          By: _____
    Gordon J. Toering, Esq.                              Frederick R. Kessler, Esq.
    (Gtoering@wnj.com)                                   (fkessler@wmd-law.com)
    *Pro Hac Vice*                                       Mathew B. West, Esq.
                                             (mwest@wmd-law.com)

Attorneys for Plaintiff Haworth, Inc.
900 Fifth Third Center                              Attorneys for Defendant Citadel Construction
111 Lyon Street NW                                  Corp.
Grand Rapids, MI 49503-2487                         500 Fifth Avenue, 12th Floor

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/11/11
```

Telephone: (616) 752-2185

New York, New York 10110
Telephone: (212) 382-3300

TORRE LENTZ GAMELL GARY &
RITTMASTER, LLP

By: _____
Mark S. Gamell, Esq.
(mgamell@tlggr.com)
Sean P. Kelley, Esq.
(skelley@tlggr.com)

Attorneys for Defendant The Hanover
Insurance Company, Inc.
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
Telephone: (516) 240-8900

**SO ORDERED:**

_____
Hon. Shira A. Scheindlin, U.S.D.J.

1/10/11

v134080_1.DOC